# EXHIBIT D

**Patent Claims Analysis**
**of**
**US10951881: "Faster state transitioning for continuous adjustable 3Deeps filer spectacles using multi-layered variable tint materials"**

**against**
**Maxell Projector**

# US10951881B2
United States

| | |
|---|---|
| Inventor | Kenneth Martin Jacobs, Ronald Steven Karpf |
| Current Assignee | Vdpp LLC |

**Worldwide applications**
2018 US  2020 US  2021 US

| Claims priority from a provisional application | 01/23/2001 | Expired | - | - |
|---|---|---|---|---|

| Total patentTerm Adjustments |
|---|
| 0 |

CLAIMS

1. An apparatus comprising:

    a storage adapted to:

        store one or more image frames; and

    a processor adapted to:

        obtain a first image from a first video stream;

        obtain a second image from a second video stream, wherein the first image is different from the second image;

        stitch together the first image and the second image to generate a stitched image frame;

        generate a first modified image frame by removing a first portion of the stitched image frame;

        generate a second modified image frame by removing a second portion of the stitched image frame;

        generate a third modified image frame by removing a third portion of the stitched image frame;

        wherein the first modified image frame, the second modified image frame, and the third modified image frame are different from each other;

        identify a bridge frame that is a non-solid color;

        blend the first modified image frame with the bridge frame to generate a first blended frame;

        blend the second modified image frame with the bridge frame to generate a second blended frame;

        blend the third modified image frame with the bridge frame to generate a third blended frame;

        display the first blended frame, the second blended frame, and the third blended frame.

| Row | Claim Element | Contention |
|---|---|---|
| 1.0 | 1. An apparatus comprising: | *Maxell Projector MC-WU5505 is an apparatus.*<br><br>**LCD Projector**<br>**MC-WU5505/MC-WU5501/MC-WX5505**<br>**MC-WX5501/MC-X5555/MC-X5551**<br>User's Manual (detailed)<br>Operating Guide<br><br>Thank you for purchasing this projector.<br><https://support.maxellproav.com/wp-content/uploads/Support/OG/MC-WU5505_og_01eng1.pdf> 2019-04-17<br><br>*Potentially infringing Maxell Projector products:*<br><br>- Maxell Pro A/V Projectors<br>- Hitachi Legacy Projectors<br><br><https://support.maxellproav.com> © 2019 |
| 1.1 | a storage adapted to:<br><br>store one or more image frames; and | *Since Maxell Projector MC-WU5505 uses uses an LCD Projector Englne, it has a storage.*<br><br>**DLP® Projector**<br><br><https://support.maxellproav.com/wp-content/uploads/Support/OG/MC-WU5505_og_01eng1.pdf> 2019-04-17 |
| 1.2 | a processor adapted to:<br><br>obtain a first image from a first video stream; | *Since Maxell Projector MC-WU5505 uses uses an LCD Projector Englne, it has a processor.*<br><br>**DLP® Projector**<br><br><https://support.maxellproav.com/wp-content/uploads/Support/OG/MC-WU5505_og_01eng1.pdf> 2019-04-17<br><br>*Maxell Projector MC-WU5505 has Picture-By-Picture (PBP). Therefore, it obtains a first video stream.* |

|   |   | |
|---|---|---|
|   |   | **PbyP (Picture by Picture) / PinP (Picture in Picture)** <br> The PbyP / PinP is a function for displaying two different picture signals on a screen that is separated into main and sub areas for each signal. <br><br> <https://support.maxellproav.com/wp-content/uploads/Support/OG/MC-WU5505_og_01eng1.pdf> 2019-04-17 <br><br> *[Note: Picture-by-Picture (PBP) - is the ability of a projector (or any display device) to display two independent video signals at once.  One signal is on the left side of the screen and the other is stitched next to it and is on the right side of the screen.]* |
| 1.3 | obtain a second image from a second video stream, wherein the first image is different from the second image; | *Since, Maxell Projector MC-WU5505 has Picture-By-Picture (PBP), it obtains a second image from a second video stream.* <br><br> *With Picture-By-Picture (PBP), Maxell Projector MC-WU5505 obtains two (2) different videos -- the first image is different from the second image.* |
| 1.4 | stitch together the first image and the second image to generate a stitched image frame; | *Since Maxell Projector MC-WU5505 has Picture-By-Picture (PBP), it stitches the first image next to the second image to generate a stitched image frame.* <br><br> **PbyP (Picture by Picture) / PinP (Picture in Picture)** <br> The PbyP / PinP is a function for displaying two different picture signals on a screen that is separated into main and sub areas for each signal. <br><br> <https://support.maxellproav.com/wp-content/uploads/Support/OG/MC-WU5505_og_01eng1.pdf> 2019-04-17 |
| 1.5 | generate a first modified image frame by removing a first portion of the stitched image frame; | *Maxell Projector MC-WU5505 has an LCD Projector Engine.* <br><br> *Therefore, it generates a first modified image frame by removing a first portion of the inserted image frame.* |
| 1.6 | generate a second modified image frame by removing a second portion of the stitched image frame; | *Maxell Projector MC-WU5505 has an LCD Projector Engine.* <br><br> *Therefore, it generates a second modified image frame by removing a second portion of the inserted image frame.* |
| 1.7 | generate a third modified image frame by removing a third portion of the stitched image frame; | *Maxell Projector MC-WU5505 has an LCD Projector Engine.* <br><br> *Therefore, it generates a third modified image frame by removing a third portion of the inserted image frame.* |
| 1.8 | wherein the first modified image frame, the second | *The first modified image frame, the second modified image frame, and the third modified image frame are different from each other* |

| | | |
|---|---|---|
| | modified image frame, and the third modified image frame are different from each other; | *SINCE*<br><br>*they are different colors.* |
| 1.9 | identify a bridge frame that is a non-solid color; | *Maxell Projector MC-WU5505 has an On-Screen Display (OSD).*<br>*The On-Screen Display (OSD) is the non-solid color bridge frame.*<br><br>**Indication in OSD (On Screen Display)**<br><<https://support.maxellproav.com/wp-content/uploads/Support/OG/MC-WU5505_og_01eng1.pdf>> 2019-04-17 |
| 1.10 | blend the first modified image frame with the bridge frame to generate a first blended frame; | *The On-Screen Display is blended with each of the modified image frames, That is:*<br><br>*blend the first modified image frame with the bridge frame to generate a first blended frame.* |
| 1.11 | blend the second modified image frame with the bridge frame to generate a second blended frame; | *The On-Screen Display is blended with each of the modified image frames, That is:*<br><br>*blend the second modified image frame with the bridge frame to generate a second blended frame.* |
| 1.12 | blend the third modified image frame with the bridge frame to generate a third blended frame; | *The On-Screen Display is blended with each of the modified image frames, That is:*<br><br>*blend the third modified image frame with the bridge frame to generate a third blended frame.* |
| 1.13 | display the first blended frame, the second blended frame, and the third blended frame. | *Maxell Projector MC-WU5505 displays*<br>*the first blended frame,*<br>*the second blended frame, and*<br>*the third blended frame.* |